

PHILLIPS & ASSOCIATES
Attorneys at Law
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2023
```

March 9, 2023

**Via ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:    Abdelaziz v. Trinity School, et al
            Civil Action No. 23-cv-00185 (AT)

Your Honor:

    This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendant Trinity School to respectfully request that the deadline to submit a proposed Case Management Plan and Scheduling Order in this matter be adjourned from tomorrow, March 10, 2023 to a date on or after April 21, 2023. This is the first request by the appearing parties for an adjournment of the deadline to submit a Case Management Plan. The requested adjournment is necessary because the deadline for the Defendants to file an Answer in this matter is on April 14, 2023, and Defendant Trinity School is currently assessing potential conflicts of interest and making representation decisions as to the individual Defendants herein. The requested adjournment will ensure that the Scheduling Order is submitted after the status of representation of all Defendants is determined.

    The parties thank the Court for its time and attention.

                                    Respectfully submitted,

                                    **PHILLIPS & ASSOCIATES,**
                                    **ATTORNEYS AT LAW, PLLC**

                            By: /s/ Shawn Clark
                                Shawn Clark, Esq.

GRANTED. By **April 21, 2023**, the parties shall file a joint letter and proposed case management plan.

SO ORDERED.

Dated: March 9, 2023
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge